SAM HOGAN v. STATE.

No. A-1569. Opinion Filed May 17, 1913.

Appeal from Garfield County Court;

Winfield Scott, Judge.

Sam Hogan was convicted of violating the prohibitory law, and appeals. Affirmed.

W. O. Cromwell, for appellant.

Smith C. Matson, Asst. Atty. Gen., and Jos. L. Hull, Special Asst. Atty. Gen., for the State.

FURMAN, J. Appellant, Sam Hogan, was convicted at the October, 1911, term of the county court of Garfield county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of four hundred dollars and imprisonment in the county jail for a period of one hundred twenty days. Upon a careful examination of the record we find some irregularities in the trial, but upon the whole case the proof of the guilt of appellant is conclusive. There are errors of law which in our judgment justify a reversal of the judgment. It is therefore affirmed.

ARMSTRONG, P. J. and DOYLE, J., concur.

---

SLIM ADAY v. STATE.

No. A-1992. Opinion Filed May 17, 1913.

Appeal from Cotton County Court;

Austin Akins, Judge.

Slim Aday was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Anderson & Norman for plaintiff in error.

PER CURIAM. The plaintiff in error, Slim Aday, was convicted at the March, 1913, term of the county court of Cotton county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of one hundred dollars and confinement in the county jail for a period of thirty days. The appeal was filed in this court on the 5th day of May, 1913. On the 12th day of said month counsel for the plaintiff in error filed a motion asking that the appeal be dismissed. The motion is sustained and the appeal dismissed.

---

LUCIUS GARRETT v. STATE.

No. A-1581. Opinion Filed May 13, 1913.

Appeal from Superior Court, Logan County;

S. S. Lawrence, Judge.

Lucius Garrett was convicted of violating the prohibitory law, and appeals. Affirmed.

B. F. Garrett, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Lucius Garrett, was convicted at the September, 1911, term of the superior court of Logan county on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of one hundred dollars and confinement in the county jail for a period of sixty days. A careful examination of the record discloses no error sufficient to justify a reversal. The judgment of the trial court is therefore affirmed.